**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RICHARD DIAZ,<br>        Petitioner,<br>  v.<br>J.D. HARTLEY, Warden,<br>        Respondent. | No. CV 10-1559-R (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 25, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE